In the Matter of the Claim of JAMES PALLAS, Appellant, against MISERICORDIA HOSPITAL, Employer, and STATE INSURANCE FUND, Respondent.

STATE INDUSTRIAL BOARD, Respondent.

Argued October 7, 1943; decided November 18, 1943.

*Harold I. Cohen, Jay Emanuel* and *Harvey B. Ehrlich* for appellant.

*George J. Hayes* and *William F. O'Rourke* for State Insurance Fund, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.